IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JANE DOE, a minor, by JOHN DOE AND SUSAN DOE, her parents and natural guardians,

    Plaintiffs

v.

UPPER ST. CLAIR SCHOOL DISTRICT, et al.,

    Defendants

CIVIL DIVISION

No. 2:08-cv-00910

*Electronically Filed*

**ORDER OF COURT**

AND NOW, this 9th day of March, 2009, Defendant Esther R. von Waldow f/k/a Esther R. Hague's Renewed Motion to Dismiss is GRANTED, and she is DISMISSED from this action with prejudice.

BY THE COURT:

/s/ Lancaster

768626
6275.0134