IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JANE DOE, a minor, by JOHN DOE )
and SUSAN DOE, her parents and )
natural guardians, )
                                  )
       Plaintiffs, )
                                  )
  vs. )  Civil Action No. 08-0910
                                  )
UPPER ST. CLAIR SCHOOL DISTRICT, )
et al. )
                                  )
      Defendants. )

## MEMORANDUM ORDER

Plaintiffs, Jane Doe, a minor, by John Doe and Susan Doe, her parents and natural guardians, moved this Court to enter an Order compelling Defendant, Upper St. Clair School District, to produce copies of Michael Roe's individualized educational plans ("IEPs") for the 2006-2007 and 2007-2008 school years. The court orally advised the defendants to submit copies of Roe's IEP for _in camera_ review. Following an extensive review, the court concludes that the IEPs contain no admissible evidence, and that they are unlikely to lead to the discovery of admissible evidence. Therefore, the court will not order disclosure of the reports.

AND NOW, this 3rd day of September, 2009, following _in camera_ review of Michael Roe's IEPs, IT IS HEREBY ORDERED that the motion to compel production of documents [doc. no. 77] is denied.

BY THE COURT:

_____

cc: All Counsel of Record

    Caroline M. Roberto, Esquire
    429 4th Avenue, 5th Floor
    Law & Finance Building
    Pittsburgh, Pennsylvania   15219

    Patrick Schulte, Esquire
    District Attorney's Office
    County Courthouse
    436 Grant Street, Suite 303
    Pittsburgh, Pennsylvania   15219