IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE, a minor, by JOHN DOE and SUSAN DOE, her parents and natural guardians,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>UPPER ST. CLAIR SCHOOL DISTRICT, et al.<br><br>　　　　Defendants. | Civil Action No. 08-0910 |

ORDER

And now, this 10th day of April, 2010, it is hereby ORDERED that plaintiff's motion for reconsideration [Doc. No. 111] of the court's February 26, 2010 order [Doc. No. 108] is DENIED.

BY THE COURT,

_____, J.

cc: Counsel of record