## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE, a minor, by JOHN DOE, and SUSAN DOE, her parents and natural guardians,<br>              Plaintiffs<br>vs.<br><br>UPPER ST. CLAIR SCHOOL DISTRICT, and DR. PATRICK T. O'TOOLE, in his individual capacity and as Superintendent of Schools, and DR. TERRENCE KUSHNER, in his individual capacity and as Assistant Superintendent and Director of Secondary Education, and DR. MICHAEL GHILANI, in his individual capacity and as Principal, and DR. SHARON SURITSKY, in her individual capacity and as Supervisor of Special Education, and JACE B. PALMER, in his individual capacity and as Assistant Principal, and ESTHER R. VonWALDO, f/k/a Esther R. Haguel, in her individual capacity and as Intervention Specialist, and JENNIFER WAGNER, in her individual capacity as a Teacher,<br>              Defendants. | Civil Action No. 08-910<br><br>JURY TRIAL DEMANDED<br><br>Judge Gary L. Lancaster |

### STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANTS DR. PATRICK O'TOOLE, DR. TERRENCE KUSHNER, AND DR. SHARON SURITSKY

Plaintiffs, Jane Doe, John Doe and Susan Doe, by and through their attorneys, *Bentz Law Firm, P.C.* file this Stipulation of Dismissal respectfully requesting that an appropriate Order be entered dismissing the Defendants Dr. Patrick O'Toole, Dr.

Terrence Kushner, and Dr. Sharon Suritsky from the above-captioned action with prejudice.

>Respectfully Submitted,
>
>*BENTZ LAW FIRM, P.C.*
>
>By: /s/ *Amy E. Bentz, Esquire*
>Amy E. Bentz, Esquire
>PA I.D. #52691
>
>David J. Barton, Esquire
>PA I.D. #81271
>
>The Washington Center Building
>680 Washington Road, Suite 200
>Pittsburgh, PA 15228
>(412) 563-4500
>
>Attorneys for Plaintiffs

SO ORDERED, this 3rd day of May, 2010.

_____
Hon. Gary L. Lancaster, Chief U.S. District Judge