IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JANE DOE, a minor, by JOHN DOE )
and SUSAN DOE, her parents and )
natural guardians, )
)
    Plaintiffs, )
)
  vs. ) Civil Action No. 08-0910
)
UPPER ST. CLAIR SCHOOL DISTRICT, )
et al. )
)
    Defendants. )

ORDER

AND NOW, this 2nd day of August, 2010, IT IS HEREBY ORDERED that defendants' motion to strike [Doc. No. 125] plaintiffs' affidavit filed under seal [Doc. No. 124] is DENIED.

BY THE COURT:

_____, C. J.

cc: All Counsel of Record