IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE, a minor, by JOHN DOE, And SUSAN DOE, her parents and natural guardians,<br><br>        Plaintiffs,<br><br>v.<br><br>UPPER ST. CLAIR SCHOOL DISTRICT, et al.,<br><br>        Defendants | C.A. No. 2:08-cv-910 |

### STIPULATION OF DISMISSAL

We, the attorneys for the respective parties, this 14th day of February, 2011, do hereby stipulate pursuant to Federal Rule of Civil Procedure 41 to the dismissal without prejudice and each party is to bear its own fees and costs, except as has been otherwise agreed by the parties in regard to the above-captioned action.

Respectfully submitted,

*/s/ Amy E. Bentz*
Amy E. Bentz (PA I.D. #52691)
**BENTZ LAW FIRM, P.C.**
Washington Center Building
680 Washington Road, Suite 200
Pittsburgh, PA 15228

Phone: (412) 563-4500
Fax: (412) 563-4480

*Attorney for Plaintiffs*

*/s/ Anthony Sanchez*
Anthony Sanchez (PA I.D. #55945)
**ANDREWS & PRICE**
1500 Ardmore Boulevard, Suite 506
Pittsburgh, PA 15221

Phone: (412) 243-9700
Fax: (412) 243-9660

*Attorney for Defendants*

SO ORDERED, this 22nd day of February, 2011.

_____, C.J.
Hon. Gary L. Lancaster, Chief U.S. District Judge