IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE, a minor, by JOHN DOE, And SUSAN DOE, her parents and natural guardians, <br><br> Plaintiffs, <br><br> v. <br><br> UPPER ST. CLAIR SCHOOL DISTRICT, et al., <br><br> Defendants | C.A. No. 2:08-cv-910 |

**AMENDED STIPULATION OF DISMISSAL**

We, the attorneys for the respective parties, this 2nd day of March, 2011, do hereby stipulate pursuant to Federal Rule of Civil Procedure 41 to the dismissal with prejudice and each party is to bear its own fees and costs, except as has been otherwise agreed by the parties in regard to the above-captioned action.

Respectfully submitted,

/s/ Amy E. Bentz
Amy E. Bentz (PA I.D. #52691)
**BENTZ LAW FIRM, P.C.**
Washington Center Building
680 Washington Road, Suite 200
Pittsburgh, PA 15228

Phone: (412) 563-4500
Fax: (412) 563-4480

*Attorney for Plaintiffs*

/s/ Anthony Sanchez
Anthony Sanchez (PA I.D. #55945)
**ANDREWS & PRICE**
1500 Ardmore Boulevard, Suite 506
Pittsburgh, PA 15221

Phone: (412) 243-9700
Fax: (412) 243-9660

*Attorney for Defendants*

SO ORDERED, this 4th day of March, 2011.

Hon. Gary L. Lancaster, Chief U.S. District Judge